# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

In Re:                                                Case No. 17-25053

Raymond Ernest Fiedler, Jr.
Kelly Lynn Fiedler                           Chapter 13
fka Kelly Lynn Hering

Debtors.                                Judge Brett H. Ludwig

/

## NOTICE OF CREDITOR CHANGE OF ADDRESS

Home Point Financial Corporation ("Creditor"), by and through their undersigned counsel, hereby gives notice of a Change of Address on the below filed Claim, effective immediately.

Claim Number                  12
Last 4 Digits of Account Number:    6486

| Current Address for Notices: | **NEW** Address for Notices (Effective Immediately): |
|---|---|
| Home Point Financial Corporation<br>4849 Greenville Avenue, Suite 800<br>Dallas, TX 75206 | Home Point Financial Corporation<br>11511 Luna Road, Suite 300<br>Farmers Branch, TX 75234 |
| Phone:<br>Email: | Phone:<br>Email: |
| Current Address for Payments: | **NEW** Address for Payments (Effective Immediately): |
| Home Point Financial Corporation<br>PO Box 790309<br>St. Louis, MO 63179 | Home Point Financial Corporation<br>PO Box 790309<br>St. Louis, MO 63179 |
| Phone:<br>Email: | Phone:<br>Email: |

## CERTIFICATE OF SERVICE

      **I HERBY CERTIFY** that on May 2, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

    Raymond Ernest Fiedler, Jr., Debtor
    N51 W27590 N Willow Creek Dr
    Pewaukee, WI 53072

Kelly Lynn Fiedler, Debtor
N51 W27590 N Willow Creek Dr
Pewaukee, WI 53072

Deborah A Stencel, Debtors' Counsel
Miller & Miller, LLC
633 W Wisconsin Ave, Ste 500
Milwaukee, WI 53203-1918
deborah@millermillerlaw.com

James L. Miller, Debtors' Counsel
Miller & Miller, LLC
633 W Wisconsin Ave, Ste 500
Milwaukee, WI 53203-1918
aport@millermillerlaw.com

Scott Lieske, Chapter 13 Trustee
P.O. Box 510920
Milwaukee, WI 53203
ecf@chapter13milwaukee.com

Office of the U.S. Trustee
517 East Wisconsin Ave.
Room 430
Milwaukee, WI 53202
ustpregion11.mi.ecf@usdoj.gov

Respectfully submitted,

/s/ Jon Lieberman

Jon Lieberman (OH 0058394)
Attorney for Secured Creditor
Sottile & Barile, Attorneys at Law
P.O. Box 476
Loveland, OH 45140
Phone: 513.444.4100
bankruptcy@sottileandbarile.com